## MUNSON v. LYMAN et al.

### No. 3963.

Court of Civil Appeals of Texas. El Paso.

Nov. 20, 1940.

A. T. Folsom, of Wink, amicus curiæ.

Klapproth & Hamilton, Stubbeman, McRae & Sealy, and Whitaker, Perkins & Turpin, all of Midland, and Hubbard & Kerr, of Pecos, all on the trial only, for appellees.

PER CURIAM.

In this appeal, upon the suggestion of the amicus curiæ that the question of receivership involved has become moot, for the reason that the entire controversy has been settled by an agreed judgment in the United States District Court of the Western District of Texas, Pecos Division, it is ordered that the appeal herein be dismissed at the cost of the appellant.